**STATE of Missouri, Respondent,**

v.

**Undres STRONG, Appellant.**

**No. WD 59758.**

Missouri Court of Appeals,
Western District.

Submitted Jan. 31, 2002.

Decided April 2, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 2002.

Christopher A. Slusher, Jefferson City, MO, for Appellant.

Jeremiah (Jay) Nixon, Attorney General, Joel A. Block, Asst. Attorney General, Jefferson City, MO, joins on the briefs for Respondent.

Before PAUL M. SPINDEN, C.J., P.J., JAMES M. SMART, JR., and LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM.

This is an appeal from a jury verdict in which appellant Undres Strong was convicted for distribution, delivery, and sale of a controlled substance under § 195.211, R.S.Mo.1996, in the Circuit Court of Cole County. The trial court, found Strong to be a prior and persistent offender under §§ 195.295 and 195.296, and sentenced him to a term of seven years imprisonment.

Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 30.25(b).